No. 302, Misc.  KEYS *v.* DUNBAR ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 331, Misc.  MORENO *v.* CALIFORNIA.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 339, Misc.  FINK *v.* NEW YORK.  Ct. App. N. Y. Certiorari denied.

No. 340, Misc.  COOK *v.* CRAVEN, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 346, Misc.  WILLIAMS *v.* SCHNECKLOTH, CONSERVATION CENTER SUPERINTENDENT.  Sup. Ct. Cal.  Certiorari denied.

No. 348, Misc.  PISANI *v.* WARDEN, MARYLAND PENITENTIARY.  C. A. 4th Cir.  Certiorari denied.

No. 355, Misc.  CASTRUITA *v.* CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 360, Misc.  GERARDI *v.* SIPOS ET AL.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 361, Misc.  STEIGLER *v.* SUPERIOR COURT OF DELAWARE, COUNTY OF NEW CASTLE, ET AL.  Sup. Ct. Del. Certiorari denied.  *William E. Taylor, Jr.,* and *Alfred J. Lindh* for petitioner.

No. 366, Misc.  TEASLEY *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.  *Solicitor General Griswold, Assistant Attorney General Wilson,* and *Beatrice Rosenberg* for the United States.